# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## CASE NO. 3:22-CV-233-RJC-DCK

| | |
|---|---|
| CAROLYN JAMES, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| KIRKLAND FINANCIAL LLC, FCI LENDER SERVICES, INC., and MCMICHAEL TAYLOR GRAY, PLLC, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on Defendants' "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 8) filed July 25, 2022. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will deny the motion without prejudice.

The undersigned is concerned that the pending motion and the docket of the case contain incomplete and/or inaccurate contact information for the movant, John P. Fetner, and for the applicant, Andrew Kamensky. In addition, the pending motion indicates that Defendants' local counsel and/or proposed *pro hac vice* counsel are members of the Defendant law firm McMichael Taylor Gray, PLLC.

Based on the foregoing, the undersigned's staff emailed counsel for both sides seeking clarification on July 27, 2022. To date, our chambers has received no response from Plaintiff's or Defendants' counsel.

**IT IS, THEREFORE, ORDERED** that Defendants' "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 8) is **DENIED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that Defendants may file a revised "Motion For Admission *Pro Hac Vice* and Affidavit." Any revised *pro hac vice* motion should include confirmation of the correct contact information for Defendants' counsel and confirm whether all parties consent to the motion and Defendants' representation by attorneys from Defendant law firm McMichael Taylor Gray, PLLC.

**SO ORDERED**.

Signed: August 1, 2022

David C. Keesler
United States Magistrate Judge