IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-233-RJC-DCK

| | |
|---|---|
| CAROLYN JAMES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| KIRKLAND FINANCIAL LLC, FCI ) | |
| LENDER SERVICES, INC., and ) | |
| MCMICHAEL TAYLOR GRAY, PLLC, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Amended Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 14) filed by John P. Fetner, concerning Andrew Kamensky, on August 4, 2022. Andrew Kamensky seeks to appear as counsel *pro hac vice* for Defendants. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

The Court notes that this is an amended motion that addresses the Court's concerns that led to the denial of the original *pro hac vice* motion. See (Document Nos. 8, 12). Importantly, the applicant notes that Plaintiff "will not object to Defendants' amended *pro hac vice* motion," and each of the Defendants "has consented to one or more attorneys from MTG [McMichael Taylor Gray, PLLC] to represent *all* Defendants in this case." (Document No. 14, pp. 2-3). Furthermore, Defendants "each have provided a conflict waiver to MTG in connection with the joint representation." Id. at p. 4.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 14) is **GRANTED**. Andrew Kamensky is hereby admitted *pro hac vice* to represent Defendants.

The Court takes no position in this order on any future conflicts that might arise from the proposed representation.

**SO ORDERED**.

Signed: August 5, 2022

David C. Keesler
United States Magistrate Judge